**Richard GEE, alias Sweetie, v. STATE.**
6 Div. 995.

Court of Appeals of Alabama.
Oct. 6, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

**Howard GENTLES v. STATE.**
8 Div. 280.

Court of Appeals of Alabama.
Feb. 4, 1936.

SAMFORD, Judge.
Affirmed.

**Charlie, alias Boss, alias Charlie Boss, GEORGE v. STATE.**
6 Div. 891.

Court of Appeals of Alabama.
Dec. 17, 1935.

SAMFORD, Judge.
Affirmed.

**Harry GIBBS v. STATE.**
8 Div. 326.

Court of Appeals of Alabama.
May 26, 1936.

SAMFORD, Judge.
Appeal dismissed.

**C. O. GIEGER et al. v. C. E. OLIVER.**
7 Div. 160.

Court of Appeals of Alabama.
Jan. 16, 1936.

PER CURIAM.

Appeal dismissed for want of prosecution.

**Gene GIERS v. STATE.**
8 Div. 321.

Court of Appeals of Alabama.
Feb. 4, 1936.

Rehearing Denied March 3, 1936.

J. N. Powell, of Harstelle, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

**Hobart GILLEY v. STATE.**
8 Div. 308.

Court of Appeals of Alabama.
Feb. 4, 1936.

D. Isbell, of Guntersville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed by appellant.